In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-532 CR


____________________



EX PARTE JAMES E. GUILLORY






On Appeal from the 1st District Court


Jasper County, Texas


Trial Cause No. 26103






MEMORANDUM OPINION (1)


 This appeal arises from the denial of an application for writ of habeas corpus which
sought a reduction in the amount set for the appellant's bail. The trial court subsequently
reduced Guillory's bail from $750,000 to $25,000. We informed the parties that the
appeal appeared to be moot and received no reply. This appeal is moot. See Ex parte
Guerrero, 99 S.W.3d 852, 853 (Tex. App.- Houston [14th Dist.] 2003, no pet.). 



 Accordingly, the appeal is dismissed.

 DISMISSED. 

 PER CURIAM


Opinion Delivered April 13, 2005 

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Tex. R. App. P. 47.4.